UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BLACKWELL, et al.,<br><br>    Defendants. | No. 2:17-cv-2692 JAM AC P<br><br><br>ORDER |

On July 26, 2019, plaintiff filed a motion for an extension of time to file an amended complaint. ECF No. 10. In support of the motion, plaintiff states that he currently has upcoming filings due in cases he has open in the Ninth Circuit and in state court. See id. at 2.

Plaintiff has requested an extension until September 7, 2019. He believes that this will provide him with adequate time to file his amended complaint. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time filed July 26, 2019 (ECF No. 10), is GRANTED, and

////

////

////

////

2. Plaintiff shall have until September 9, 2019[1] to file an amended complaint.

DATED: July 31, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The September 7, 2019 date plaintiff has requested is a Saturday. Therefore, the due date of the amended petition shall be September 9, 2019, which is the Monday thereafter. See Fed. R. Civ. P. 6(a)(1)(C).