IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**BLACKWELL, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:17-cv-02692 DAD AC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

Plaintiff Witkin, proceeding *pro se*, filed this action as a prisoner alleging claims under 42 U.S.C. § 1983, the Americans with Disabilities Act, the Rehabilitation Act, and California law. Pending before the Court is Defendants' Motion to Opt Out of Post-Screening Early ADR.

Good cause appearing, Defendants' motion is **GRANTED**. This case is no longer proceeding to Post-Screening Early ADR. The stay of proceedings imposed on December 11, 2023 (ECF No. 27 at 2) is lifted. Defendants' response to the Second Amended Complaint (ECF No. 16) is due twenty-one days from the date this order issues.

Dated: February 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1