1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**MICHAEL AARON WITKIN,**                    Case No. 2:17-cv-02692-DAD-AC

12
                                    Plaintiff,   **[PROPOSED] ORDER GRANTING**
13                                               **DEFENDANTS' MOTION FOR**
                                                 **ADMINISTRATIVE RELIEF TO**
14             v.                                **VACATE RESPONSIVE PLEADING**
                                                 **DEADLINE**
15   **BLACKWELL, et al.,**

16                                  Defendants.

17

18          Plaintiff, a former prisoner proceeding *pro se*, brings this civil rights action. Pending before

19   the Court is Defendant's motion, under Local Rule 233(a), for administrative relief to vacate their

20   responsive-pleading deadline.

21          Good cause appearing, Defendants' motion is GRANTED. Defendants' current responsive-

22   pleading deadline is vacated, to be set, if necessary, twenty-one-days after the resolution of

23   Defendants' pending motion for dismissal with prejudice based on 28 U.S.C. § 1915(e)(2)(A)

24   (ECF No. 31).

25   IT IS SO ORDERED.

26   Dated:  March 11, 2024

27                                               ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE
28

                                                    1