UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. BLACKWELL, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2692 DAD AC P<br><br>ORDER |

By an order filed February 21, 2025, the district judge adopted the undersigned's findings and recommendations in full and denied defendants' motion to dismiss pursuant to 28 U.S.C. § 1915(e)(2). ECF No. 40. The court ordered plaintiff to pay the $405.00 filing fee in full or file a new application to proceed in forma pauperis within thirty days, and that if plaintiff filed a new application, defendants would have thirty days to respond to the application. Id. at 3.

The thirty-day period has now expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee. **Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.**

1

2. If plaintiff files a new application to proceed in forma pauperis, defendants shall have thirty (30) days to respond to that application.

DATED: April 9, 2025

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE