UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>D. BLACKWELL, et al.,<br><br>    Defendants. | No. 2:17-cv-2692 DAD AC P<br><br>ORDER |

By an order filed February 21, 2025, the district judge adopted the undersigned's findings and recommendations in full and denied defendants' motion to dismiss pursuant to 28 U.S.C. § 1915(e)(2). ECF No. 40. The court ordered plaintiff to pay the $405.00 filing fee in full or file a new application to proceed in forma pauperis within thirty days, and that if plaintiff filed a new application, defendants would have thirty days to respond to the application. Id. at 3.

On March 10, 2025, the court issued an order granting defendants motion to continue the responsive pleading deadline to twenty-one days after plaintiff pays the $405 filing fee or after the plaintiff is granted in forma pauperis status. ECF No. 42.

On April 10, 2025, because the thirty-day period to file an in forma pauperis application or pay the filing fee had expired, with no application, payment, or other response from plaintiff, the court issued an order giving plaintiff a final opportunity to submit a new application or pay the filing fee in full within twenty-one days. See ECF No. 43. That same day, a receipt for

1

1  payment of the filing fee was recorded in this case.

2  Accordingly, IT IS HEREBY ORDERED that the case may proceed. Defendants'
3  responsive pleading is due by May 1, 2025.

4  DATED: April 11, 2025

5  _____
   ALLISON CLAIRE
6  UNITED STATES MAGISTRATE JUDGE