IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**BLACKWELL, et al.,**<br><br>Defendants. | Case No. 2:17-cv-02692-DAD-AC (PC)<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR A 14-DAY EXTENSION OF THE DEADLINE TO FILE A MOTION TO DISMISS |

Plaintiff, a former prisoner proceeding *pro se*, brings this civil rights action. Pending before the Court is Defendant's motion, under Local Rule 233(a), for administrative relief to extend their current May 1, 2025 responsive-pleading deadline.

Good cause appearing, Defendants' motion is **GRANTED**. Defendants' deadline to file a motion to dismiss is extended 14 days, up to and including May 15, 2025.

IT IS SO ORDERED.

DATED: April 25, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order Granting Defs.' Mot. Extend Mot. Dismiss Deadline (Case No. 2:17-cv-02692-DAD-AC (PC))